No. 87–1185. UNITED MINE WORKERS OF AMERICA 1974 BENEFIT PLAN AND TRUST *v.* DISTRICT 29, UNITED MINE WORKERS

OF AMERICA, ET AL. C. A. 4th Cir. Certiorari denied.